UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aisha Springs,

    Plaintiff,

        v.                         Case No. 1:14cv570

Officer, Dobbins, *et al.*,              Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 17, 2014 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the Recommendation by the Magistrate Judge, all claims against Defendant Dobbins are dismissed for failure to state a claim except for Plaintiff's claim for use of excessive force. The Court notes that on July 17, 2014, a summons was issued by the Clerk as to Officer Dobbins (Doc. 5).

    **IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett
                                                 United States District Judge